IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALTON D. BROWN, | ) |
| Plaintiff, | ) Civil Action No. 15-645 |
| v. | ) Judge Cathy Bissoon |
| | ) Magistrate Judge Cynthia Reed Eddy |
| JOHN E. WETZEL, *et al.*, | ) |
| Defendants. | ) |

## **MEMORANDUM ORDER**

This case was referred to United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On June 11, 2015, the Magistrate Judge issued a Report (Doc. 2) recommending that Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. 1) be denied in accordance with 28 U.S.C. § 1915(g), and that this action be dismissed without prejudice to Plaintiff reopening it by paying the full statutory and administrative filing fees. Service of the Report and Recommendation was made on Plaintiff, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (**Doc. 1**) is **DENIED** in accordance with 28 U.S.C. § 1915(g), and this action is **DISMISSED**, without prejudice to Plaintiff reopening it by paying the full statutory and administrative filing fees, totaling $400.00. The Magistrate Judge's Report and Recommendation (Doc. 2) hereby is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

July 22, 2015                                   s\Cathy Bissoon
                                                Cathy Bissoon
                                                United States District Judge

cc (via First-Class U.S. Mail):

Alton D. Brown
DL-4686
S.C.I. Greene
169 Progress Drive
Waynesburg, PA  15370